UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DWIGHT DAVID ARANT | ) | Case No. 25-40394 |
| | ) | |
| Plaintiff. | ) | Chapter 7 |
| | ) | |
| vs. | ) | |
| | ) | |
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, | ) | |
| | ) | |
| Defendant. | | |

**PLAINTIFF'S**
**INDEX OF EXHIBITS**

| No.* | Description | Rec=d. (yes/no) | Date |
|---|---|---|---|
| 1 | Order & Judgment (20SL-CC06055) 7 pages | | 12/03/2024 |
| 2 | Promissory Note  - 8 pages | | 01/04/2019 |
| 3 | Promissory Note  - 8 pages | | 01/04/2019 |
| 4 | Promissory Note  - 8 pages | | 01/04/2019 |
| 5 | Arant Affidavit      - 5 pages | | 04/15/2025 |
| | | | |
| | | | |
| | | | |

\*  Plaintiff to use Arabic Numerals (Plt. -1, Plt. - 2, etc.)
   Defendant to use Letters (Def.-A, Def.-B, etc.)
      *This form must be included in any binder of exhibits tendered to the Court.*

L.F. 20 – 4/2020

## CERTIFICATE OF SERVICE

I, Dwight David Arant, certify that a true and correct copy of the foregoing document was filed in person on the 15 day of April 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail addresses listed below. .

I, Dwight David Arant, certify that a true and correct copy of the foregoing document was filed in person to the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to to the parties listed below on the 15 day of April, 2025.

*Dwight David Arant*

DWIGHT DAVID ARANT
7275 Meramar Drive
St. Louis, MO 63129
Phone: (314) 422-4427
dwightarant@gmail.com

**PARTIES OF INTEREST:**

Kristen J Conwell, Chapter 7 Trustee
Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156
kconwell@conwellfirm.com

Sherrie Hall
Workers Rights Law Firm LLC
2258 Grissom Drive
St. Louis, MO 63146
314-824-0348
314-828-1029 (fax)
sherrie.workersrights@gmail.com

Mid America Carpenters Regional Counsel
McCann, Ketterman & Rious
111 E. Wacker Drive
Suite 2300
Chicago, IL 60601
sherrie.workersrights@gmail.com

L.F. 20 – 4/2020

Case: 25-40394

# EXHIBIT 1

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

**FILED**

DEC 03 2024

JOAN M. GILME
CIRCUIT CLERK, ST. LOUIS C

MID-AMERICA CARPENTERS              )
REGIONAL COUNCIL,                   )
    Plaintiff,                      )
                              )    Cause No. 20SL-CC06055
v.                                  )
                              )    Div. 15
NET ZERO, LLC., &                   )
DWIGHT ARANT,                       )
    Defendants,                     )    December 3, 2024
                              )

## ORDER & JUDGMENT

Cause called for trial on November 12, 2024. Plaintiff, Mid-America Carpenters

Regional Council (Carpenters), appears by attorneys Daniel Peters and Anthony Jimenez.

Defendant Dwight Arant appears pro se. No counsel appears for Defendant Net Zero, LLC.

The Court takes up Dwight Arant's Motion for Continuance filed on November 6, 2024.

Plaintiff opposes the motion. Mr. Arant stated on the day of trial that he would like time to hire

counsel to represent himself as well as his company, Net Zero, LLC. Mr. Arant stated he could

not find counsel that could handle the trial since the discharge of his last attorney in September,

2024. Mr. Arant said he could possibly have an attorney by December 1, 2024 and had a list of

four potential attorney candidates.

The Court reviewed the record of this case. Mr. Arant and Net Zero's prior counsel,

Henry Elster, filed a motion to withdraw as counsel on August 26, 2024. Mr. Arant filed a

document with the court on September 10, 2024 stating that he requested Elster withdraw. Mr.

Arant further requested the Court cancel the trial setting for November 12, 2024, and allow

Defendants reasonable time to engage counsel, and "refrain" from entering a trial date until such

time as new counsel enters the case. The Court granted the motion to withdraw and denied the

motion to continue the trial on September 12, 2024.

The Court denied Mr. Arant and Net Zero's motion to continue filed on November 6, 2024 on the day of trial.  The Court finds that given the age of the case, Mr. Arant did not present good cause to the court for delay or continuance.

Both parties agreed to proceed with a bench trial on the record.

Net Zero, LLC is managed by Dwight Arant.  However, an LLC must be represented in court by a licensed attorney.  Mr. Elster was the last attorney of record for Net Zero until his withdrawal.   As Net Zero was unrepresented at trial, Count I of Defendants' counter-petition to declare a partnership between Net Zero and the Carpenters Union and for violation of fiduciary duty, is dismissed.

At trial, Plaintiff called Shawna Pastrana, an executive assistant to the regional director of the Plaintiff Mid-America Carpenter's Regional Council.  Ms. Pastrana testified as to the amounts owed by Defendants under the promissory notes.  Records of the notes, the deeds of trust, and the amounts disbursed were received into evidence.  The Court finds Ms. Pastrana's testimony to be credible.  Dwight Arant is listed individually on the promissory notes as a borrower.  Both parties had previously filed Motions for Summary Judgment and facts admitted in those filings were admitted and accepted for trial as noted in an order dated September 24, 2024.  Each of the properties were sold at a foreclosure sale and the amount received was credited against the principal, interest, and fees due on the loan through June 4, 2020.

Count I of Plaintiff's Petition was against Net Zero, LLC and Dwight Arant for breach of a promissory note concerning a property known as Stoney Gap.  Plaintiff conceded at trial that it sold the Stoney Gap property secured by the note for more than was owed on the loan.  The result is a $44,291.02 credit.  Plaintiff concedes that the credit should be applied against the amounts owed in the remaining counts.  The Court finds in favor of Defendants on Count I and the Defendants will receive the credit.

Count II of Plaintiff's Petition was for a breach of a promissory note for a property known as Lot 1945 against both defendants.  Ms. Pastrana testified that after the credits from the foreclosure sale were applied to the balance of the disbursements and interest due on the loan there remained a balance of $132,587.51.  The Court finds based upon the credible evidence in favor of the Plaintiff and against both Defendant Net Zero and Defendant Dwight Arant in the amount of $132,587.51.  Each defendant shall be jointly and severally liable for the judgment in Count II.

Count III was for a breach of a promissory note for a property known as Lot 1949 against both defendants.  Ms. Pastrana testified that after the credits from the foreclosure sale were applied to the balance of the disbursements and interest due on the loan there remained a balance of $139,694.80.  The Court finds based upon the credible evidence in favor of the Plaintiff and against both Defendant Net Zero and Defendant Dwight Arant in the amount of $139,694.80. Each defendant shall be jointly and severally liable for the judgment in Count III.

Count IV was for a breach of a promissory note for a property known as Lot 1951 against both defendants.  Ms. Pastrana testified that after the credits from the foreclosure sale were applied to the balance of the disbursements and interest due on the loan there remained a balance of $134,973.76.  The Court finds based upon the credible evidence in favor of the Plaintiff and against both Defendant Net Zero and Defendant Dwight Arant in the amount of $134,973.76. Each defendant shall be jointly and severally liable for the judgment in Count IV.

The total amount of the amounts due under Counts II, III, and IV is $407,256.07. Defendants are given a credit in Count I of $44,291.02, so the total amount of the judgment due Plaintiff from Defendants is 362,965.05 as of June 4, 2020.

During trial, Mr. Arant argued that he should only be liable for the stated amount of the promissory note.  In this case, the 1945 note was for $160,000, the 1949 note was for $170,000,

and the 1951 note was for $172,000. Plaintiff directs the Court to §443.055 RSMo. which provides for the securitization of future advances including construction loans. Section 443.055.3(2) provides in part,

"Future advances made or future obligations incurred under a construction loan are secured by the security instrument and shall have the priority specified by subsection 5 of this section even though the future advances or future obligations cause the total indebtedness to exceed the face amount stated in the security instrument."

The loans made to Net Zero and Dwight Arant fall within the definition of a construction loan under the statute and the notice of future advances was made in the loan documents. Section 443.055.3(2) applies and the defendants are liable for an amount in excess of the stated amount on the promissory notes and deeds of trust.

Mr. Arant further argued that Carpenters did not obtain market value for the properties at the foreclosure sale. Plaintiff responded that the foreclosure price determines the amount of the deficiency and not the market price of the properties foreclosed upon. Missouri requires the "debtor to pay as a deficiency the full difference between the debt and the foreclosure sale price." *First Bank v. Fischer and Frichtel, Inc.*, 364 S.W.3d 216, 220 (Mo. banc 2012). This remains the precedent in Missouri. *Arvest Bank v. Emerald Pointe, LLC*, 641 S.W.3d 379, 385 (Mo. App. 2022).

Mr. Arant has also made a number of filings with the Court alleging fraud on the part of plaintiff's counsel, Daniel Peters. The allegations are that by requesting demanding amounts due on the loans in excess of the amount of the promissory note or the deed of trust Mr. Peters was committing a fraud on the defendants and the court. Mr. Peters' actions were within the law and provided for under §443.055. Defendant's claims of fraud are unfounded.

Interest on each of the notes was stated at 4%. Plaintiff requested interest of $64,080.73 through the date of trial.

The promissory notes provided for Plaintiff to recover the costs to collect on the loan in the event the borrowers did not pay, including attorney's fees. Mr. Peters provided an affidavit and supporting documents stating the legal work on behalf of plaintiff totaled $72,977.59. The litigation took place over four years and involved discovery, depositions, court appearances and a half-day trial. The Court has examined the records and the court file and finds the work was reasonable, fair, and necessary to the action.

**Therefore, it is ordered, adjudged and decreed** that Plaintiff shall have and recover

from Defendants, Net Zero, LLC, and Dwight Arant, a judgment as follows:

$362,965.05 due on the notes in Counts II, III, and IV after a credit was applied for Count

I.

$64,080.73 for interest from June 4, 2020 through the date of trial.

$72,977.59 in attorneys' fees.

For a total judgment of $500,023.37.

Judgment is hereby entered in favor of Plaintiff Mid-America Carpenters Regional

Council and against Net Zero, LLC, and Dwight Arant, in the amount of $500,023.37.   Said

judgment shall be joint and several against both defendants.   Plaintiff shall be entitled to 4%

interest on the judgment from the date of entry.   Defendants is also assessed court costs.

This judgment will become final 30 days after its entry.   Any party desiring an appeal

must file a notice of appeal with the clerk of the trial court within ten days after the judgment

becomes final pursuant to Rule 81.04.


SO ORDERED,


Judge,                          Div. 15


Cc:    Counsel for Plaintiff
       Dwight Arant, Defendant
              7275 Meramar Drive
              St. Louis, MO 63129
              dwightarant@gmail.com

**Case: 25-40394**

# EXHIBIT 2

Exhibit 2
Case 25-40394

**20SL-CC06055**

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

# EXHIBIT 2a

Exhibit 2a

Exhibit 2
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

# PROMISSORY NOTE

| Principal | Loan Date | Maturity | Interest |
|---|---|---|---|
| $160,000.00 | January 7, 2019 | Jenuary 31, 2020 | 4% |

| Borrower: | | Lender: | |
|---|---|---|---|
| | Net Zero, LLC and | | St. Louis – Kansas City |
| | Dwight Arant and Jon Bish | | Carpenters Regional Council |
| | 7275 Meramar Drive | | 1401 Hampton Avenue |
| | St. Louis, MO 63129 | | St. Louis, MO 63139 |

The St. Louis – Kansas City Carpenters Regional Council promises to loan Net Zero, LLC, Dwight Arant, and Jon Bish $160,000.00 for the construction of a single family home on Lot 1945 of St. Louis Park Place in St. Louis, Missouri

**Promise to Pay.** Net Zero, LL, Dwight Arant and Jon Bish as individuals ("Borrowers") promise to pay to the St. Louis – Kansas City Carpenters Regional Council ("Lender") the principal amount of One Hundred Sixty Thousand Dollars and 00/100 ($160,000.00) or so much as may be outstanding, together with interest of 4% on the unpaid outstanding principal balance by January 31, 2020.

**Payment.** Borrowers will pay all outstanding principal plus all accrued unpaid interest at closing of property located at Lot 1945 of St. Louis Park Place in St. Louis, Missouri, not to exceed the maturity date of this promissory note. In addition, Borrowers will pay regular monthly payments of all accrued unpaid interest as of each payment date, beginning February 1, 2019 with all subsequent interest payments to be due on the same day of each month after that. Unless otherwise agreed or required by applicable law, payments will be applied first to accrued unpaid interest, then to principal, and any remaining amount to any unpaid collection costs. The annual interest rate for this Note is computed on a 365/360 basis: that is, by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. Borrowers will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**Prepayment.** Borrowers may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will reduce the principal balance due.

**Security.** This note is secured by a first deed of trust on the property located at Lot 1945 of St. Louis Park Place in St. Louis, Missouri.

**Default.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

> **Payment Default.** Borrower fails to make any payment when due under this Note.

> **Other Defaults.** Borrowers fail to comply with or to perform any other term, obligation, covenant or condition contained in any other agreement between Lender and Borrowers.

> **Union status.** Borrowers fails to remain in good standing with the Carpenter's Union and will remain current in fringe benefit payment on behalf of union members. Borrowers agrees to use contractors signatory to the St. Louis – Kansas City Carpenters Regional Council for any carpentry, flooring or electrical work performed in or on the premises located at Lot 1945 of St. Louis Park Place in St. Louis, Missouri.

> **False Statements.** Any warrant, representation or statement made or furnished to Lender by Borrowers or on Borrowers' behalf under this Note or the related documents is False or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

> **Insolvency.** The dissolution or termination of Borrowers' existence as a going business, the insolvency of Borrowers, the appointment of a receiver for any part of Borrowers' property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrowers.

Exhibit 2a

Exhibit 2
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure of forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrowers or by any governmental agency against any collateral securing the 'oan. This includes garnishment of any of Borrowers' accounts.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness.

**Adverse change.** A material adverse change occurs in Borrowers' financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**Lender's Rights Upon Default.** Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest immediately due and then Borrowers will pay that amount.

**Lender's Rights:** Lender may at the option of said lender declare all unpaid indebtedness evidenced by this note due and payable within 120 days, and thereupon the borrower agrees to pay all costs of collection, including a reasonable attorney's fee. Failure at times to exercise such option shall not constitute a waiver of the right to exercise it later.

**Attorneys' Fees. Expenses.** Lender may hire or pay someone else to help collect the loan if Borrower does not pay. Borrower also will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and Lender's legal expenses whether or not there is a lawsuit, including attorneys' fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay of injunction) and appeals. If not prohibited by law, Borrowers also will pay any court costs, in addition to all other sums provided by law.

**Governing Law.** This Note will be governed by, construed and enforced in accordance with federal law and the laws of the State of Missouri.

**General Provisions.** Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrowers and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**Oral agreements or commitments to loan money, extend credit or to forebear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (Borrowers and us (Lender) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**Prior to signing this note, borrowers read and understood all the provisions of this note, including the variable borrowers acknowledge receipt of a completed copy of this promissory note.**

Exhibit 2a

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**BORROWERS:**

**Net Zero, LLC**

By: _Dwight Arant_

Title _Member Manager_

**Dwight Arant**

By: _Dwight Arant_

Phone: _314 846 3206_

Email: _dwight@dwightarant.com_

**Jon Bish**

By: _____

Phone: _636 262 2146_

Email: _bul@buldit.com_

**LENDER:**

**St. Louis – Kansas City Carpenters Regional Council**

_Albert L Bond_

Albert L. Bond

Executive Secretary Treasurer

Exhibit 2a

Exhibit 2
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

| American Land Title Association | ALTA Settlement Statement - Borrower/Buyer |
| --- | --- |
| | Adopted 05-01-2015 |

**File No./Escrow No.:** 25213SEC
**Print Date & Time:** 01/03/19 11:59 AM
**Officer/Escrow Officer:** Karen Taylor
**Settlement Location:**
Security Title Insurance Agency, LLC
7701 Forsyth Blvd.
Ste 200
Clayton, MO 63105

Security Title Insurance Agency, LLC
ALTA Universal ID: 1037328
26 Crossroads Plaza
O'Fallon, MO 63368

**SECURITY TITLE**
INSURANCE AGENCY, LLC

**Property Address:** Lot 1945, CB 1103,  St Louis City County
1945 Montgomery St.
St. Louis, MO  63106
**Borrower:** Net Zero, LLC
3350 Greenwood Blvd
St. Louis, MO  63143

**Seller:**
**Lender:** St. Louis-Kansas City Carpenters Regional Council

**Settlement Date:** 01/04/2019
**Disbursement Date:** 01/04/2019
**Additional dates per state requirements:**

| Description | Borrower/Buyer | |
| --- | --- | --- |
| | Debit | Credit |
| **Financial** | | |
| Loan Amount | | $160,000.00 |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Protection Letter to Old Republic CPLs | $25.00 | |
| Title - Date Down Endorsement Fee to Security Title Insurance Agency, LLC | $350.00 | |
| Title - E-Recording Charge to Security Title Insurance Agency, LLC | $4.00 | |
| Title - Lender's Title Insurance($160,000.00) to Security Title Insurance Agency, LLC | $114.30 | |
| Title - Settlement Charge to Security Title Insurance Agency, LLC | $195.00 | |
| Title - Title Service Charge to Security Title Insurance Agency, LLC | $300.00 | |
| Title - Wire Charge to Security Title Insurance Agency, LLC | $25.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee (Mortgage) to Security Title Insurance Agency, LLC | $93.00 | |
| | | |
| **Miscellaneous** | | |
| Construction Funds to St. Louis-Kansas City Carpenters Regional Council | $160,000.00 | |
| Disbursing Fee to Accurate Disbursing | $1,000.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

Page 1 of 3

File # 25213SEC
Printed on: 01/03/19 11:59 AM

Exhibit 2a

Exhibit 2
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

| | Borrower/Buyer | |
| | Debit | Credit |
|---|---|---|
| Subtotals | $162,106.30 | $160,000.00 |
| Due From Borrower | | $2,106.30 |
| Totals | $162,106.30 | $162,106.30 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 25213SEC
Printed on: 01/03/19 11:59 AM

Exhibit 2a

Exhibit 2
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize <u>Security Title Insurance Agency, LLC</u> to cause the funds to be disbursed in accordance with this statement.

**Net Zero, LLC**

_Dwight Grant_

By: Dwight Grant
Title: Manager

Karen Taylor                                    1|4|19

                                                Date

Case: 25-40394

# EXHIBIT 3

20SL-CC06055

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

# EXHIBIT 3a

Exhibit 3a

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

# PROMISSORY NOTE

| <u>Principal</u> | <u>Loan Date</u> | <u>Maturity</u> | <u>Interest</u> |
|---|---|---|---|
| $170,000.00 | January 1 , 2019 | January 31, 2020 | 4% |

**Borrower:**  Net Zero, LLC and     **Lender:**     St. Louis – Kansas City
Dwight Arant  and Jon Bish                       Carpenters Regional Council
7275 Meramar Drive                               1401 Hampton Avenue
St. Louis, MO 63129                              St. Louis, MO 63139

The St. Louis – Kansas City Carpenters Regional Council promises to loan Net Zero, LLC, Dwight Arant and Jon Bish $170,000.00 for the construction of a single family home on Lot 1949 of St. Louis Park Place in St. Louis, Missouri

**Promise to Pay.** Net Zero, LLC, Dwight Arant, and Jon Bish as individuals ("Borrowers") promise to pay to the St. Louis – Kansas City Carpenters Regional Council ("Lender") the principal amount of One Hundred Seventy Thousand Dollars and 00/100 ($170,000.00) or so much as may be outstanding, together with interest of 4%on the unpaid outstanding principal balance by January 31, 2020.

**Payment.** Borrowers will pay all outstanding principal plus all accrued unpaid interest at closing of property located at Lot 1949 of St. Louis Park Place in St. Louis, Missouri, not to exceed the maturity date of this promissory note. In addition, Borrowers will pay regular monthly payments of all accrued unpaid interest as of each payment date, beginning February 1, 2019 with all subsequent interest payments to be due on the same day of each month after that. Unless otherwise agreed or required by applicable law, payments will be applied first to accrued unpaid interest, then to principal, and any remaining amount to any unpaid collection costs. The annual interest rate for this Note is computed on a 365/360 basis: that is, by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. Borrowers will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**Prepayment.** Borrowers may pay without penalty all or a portion of the amount owed earlier than it is due, Early payments will reduce the principal balance due.

**Security. This note is secured by a first deed of trust on the property located at Lot 1949 of St. Louis Park Place in St. Louis, Missouri.**

**Default.** Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.** Borrower fails to make any payment when due under this Note.

**Other Defaults.** Borrowers fail to comply with or to perform any other term, obligation, covenant or condition contained in any other agreement between Lender and Borrowers.

**Union status.** Borrowers fails to remain in good standing with the Carpenter's Union and will remain current in fringe benefit payment on behalf of union members. Borrowers agrees to use contractors signatory to the St. Louis – Kansas City Carpenters Regional Council for any carpentry, flooring or electrical work performed in or on the premises located at Lot 1949 of St. Louis Park Place in St. Louis, Missouri.

**False Statements.** Any warrant, representation or statement made or furnished to Lender by Borrowers or on Borrowers' behalf under this Note or the related documents is False or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Insolvency.** The dissolution or termination of Borrowers' existence as a going business, the insolvency of Borrowers, the appointment of a receiver for any part of Borrowers' property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrowers.

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure of forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrowers or by any governmental agency against any collateral securing the loan. This includes garnishment of any of Borrowers' accounts.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness.

**Adverse change.** A material adverse change occurs in Borrowers' financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**Lender's Rights Upon Default.** Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest immediately due and then Borrowers will pay that amount.

**Lender's Rights:** Lender may at the option of said lender declare all unpaid indebtedness evidenced by this note due and payable within 120 days, and thereupon the borrower agrees to pay all costs of collection, including a reasonable attorney's fee. Failure at times to exercise such option shall not constitute a waiver of the right to exercise it later.

**Attorneys' Fees; Expenses.** Lender may hire or pay someone else to help collect the loan if Borrower does not pay. Borrower also will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and Lender's legal expenses whether or not there is a lawsuit, including attorneys' fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay of injunction) and appeals. If not prohibited by law, Borrowers also will pay any court costs, in addition to all other sums provided by law.

**Governing Law.** This Note will be governed by, construed and enforced in accordance with federal law and the laws of the State of Missouri.

**General Provisions.** Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrowers and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**Oral agreements or commitments to loan money, extend credit or to forebear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (Borrowers and us (Lender) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**Prior to signing this note, borrowers read and understood all the provisions of this note, including the variable borrowers acknowledge receipt of a completed copy of this promissory note.**

Exhibit 3a

Exhibit 3
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**BORROWERS:**
**Net Zero, LLC**

By: _Dwight Arant_
Title _Member, Manager_

**Dwight Arant**

By: _Dwight Arant_
Phone: _314 846 3206_
Email: _dwight@dwightarant.com_

**Jon Bish**
By: _____
Phone: _130 262 7146_
Email: _jbish.ab.buildtica_

**LENDER:**
**St. Louis – Kansas City Carpenters Regional Council**

_Albert L Bond_

Albert L. Bond
Executive Secretary Treasurer

Exhibit 3a

Exhibit 3
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

| American Land Title Association | ALTA Settlement Statement - Borrower/Buyer |
|---|---|
| | Adopted 05-01-2015 |

| File No./Escrow No.: 25214SEC | Security Title Insurance Agency, LLC |
|---|---|
| Print Date & Time: 01/03/19 11:50 AM | ALTA Universal ID: 1037328 |
| Officer/Escrow Officer: Karen Taylor | 26 Crossroads Plaza |
| Settlement Location: | O'Fallon, MO 63368 |
| Security Title Insurance Agency, LLC | |
| 7701 Forsyth Blvd. | **SECURITY TITLE** |
| Ste 200 | **INSURANCE AGENCY, LLC** |
| Clayton, MO 63105 | |

| Property Address: | Lot 1949, CB 1103, St Louis City County |
|---|---|
| | 1949 Montgomery |
| | St. Louis, MO 63106 |
| Borrower: | Net Zero, LLC |
| | 3350 Greenwood Blvd |
| | St. Louis, MO 63143 |
| Seller: | |
| Lender: | St. Louis-Kansas City Carpenters Regional Council |
| Settlement Date: | 01/04/2019 |
| Disbursement Date: | 01/04/2019 |
| Additional dates per state requirements: | |

| Description | Borrower/Buyer | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Loan Amount | | $170,000.00 |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Protection Letter to Old Republic CPLs | $25.00 | |
| Title - Date Down Endorsement Fee to Security Title Insurance Agency, LLC | $350.00 | |
| Title - E-Recording Charge to Security Title Insurance Agency, LLC | $4.00 | |
| Title - Lender's Title Insurance($170,000.00) to Security Title Insurance Agency, LLC | $119.60 | |
| Title - Settlement Charge to Security Title Insurance Agency, LLC | $195.00 | |
| Title - Title Service Charge to Security Title Insurance Agency, LLC | $300.00 | |
| Title - Wire Charge to Security Title Insurance Agency, LLC | $25.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee (Mortgage) to Security Title Insurance Agency, LLC | $93.00 | |
| | | |
| **Miscellaneous** | | |
| Construction Funds to St. Louis-Kansas City Carpenters Regional Council | $170,000.00 | |
| Disbursing Fee to Accurate Disbursing | $1,000.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

Page 1 of 3

File # 25214SEC
Printed on: 01/03/19 11:50 AM

Exhibit 3a

Exhibit 3
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

|  | Borrower/Buyer | |
|  | Debit | Credit |
|---|---|---|
| Subtotals | $172,111.60 | $170,000.00 |
| Due From Borrower | | $2,111.60 |
| Totals | $172,111.60 | $172,111.60 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 25214SEC
Printed on: 01/03/19 11:50 AM

Exhibit 3a

Exhibit 3
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Security Title Insurance Agency, LLC to cause the funds to be disbursed in accordance with this statement.

**Net Zero, LLC**

By: Dwight Arrant
Title: Manager

Karen Taylor

Date

Copyright 2015 American Land Title Association.
All rights reserved.

File # 25214SEC
Printed on: 01/03/19 11:50 AM
Exhibit 3a

Case: 25-40394

# EXHIBIT 4

Exhibit 4
Case 25-40394

**20SL-CC06055**

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

# EXHIBIT 4a

Exhibit 4a

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

# PROMISSORY NOTE

| Principal | Loan Date | | Maturity | Interest |
|---|---|---|---|---|
| $172,000.00 | January 9, 2019 | | January 31, 2020 | 4% |

| Borrower: | Net Zero, LLC and | Lender: | St. Louis – Kansas City |
|---|---|---|---|
| | Dwight Arant and Jon Bish | | Carpenters Regional Council |
| | 7275 Meramar Drive | | 1401 Hampton Avenue |
| | St. Louis, MO 63129 | | St. Louis, MO 63139 |

The St. Louis – Kansas City Carpenters Regional Council promises to loan Net Zero, LLC, Dwight Arant and Jon Bish $172,000.00 for the construction of a single family home on Lot 1951 of St. Louis Park Place in St. Louis, Missouri

**Promise to Pay.** Net Zero, LLC, Dwight Arant, and Jon Bish as individuals ("Borrowers") promise to pay to the St. Louis – Kansas City Carpenters Regional Council ("Lender") the principal amount of One Hundred Seventy Two Thousand Dollars and 00/100 ($172,000.00)  or so much as may be outstanding, together with interest of 4% on the unpaid outstanding principal balance by January 31, 2020.

**Payment.**  Borrowers will pay all outstanding principal plus all accrued unpaid interest at closing of property located at Lot 1951 of St. Louis Park Place in St. Louis, Missouri, not to exceed the maturity date of this promissory note. In addition, Borrowers will pay regular monthly payments of all accrued unpaid interest as of each payment date, beginning February 1, 2019 with all subsequent interest payments to be due on the same day of each month after that.  Unless otherwise agreed or required by applicable law, payments will be applied first to accrued unpaid interest, then to principal, and any remaining amount to any unpaid collection costs.  The annual interest rate for this Note is computed on a 365/360 basis: that is, by applying the ratio of the annual interest rate over a year of 360 days, multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding.  Borrowers will pay Lender at Lender's address shown above or at such other place as Lender may designate in writing.

**Prepayment.**  Borrowers may pay without penalty all or a portion of the amount owed earlier than it is due. Early payments will reduce the principal balance due.

**Security.  This note is secured by a first deed of trust on the property located at Lot 1951 of St. Louis Park Place in St. Louis, Missouri.**

**Default.**  Each of the following shall constitute an event of default ("Event of Default") under this Note:

**Payment Default.**  Borrower fails to make any payment when due under this Note.

**Other Defaults.**  Borrowers fail to comply with or to perform any other term, obligation, covenant or condition contained in any other agreement between Lender and Borrowers.

**Union status.**  Borrowers fails to remain in good standing with the Carpenter's Union and will remain current in fringe benefit payment on behalf of union members. Borrowers agrees to use contractors signatory to the St. Louis – Kansas City Carpenters Regional Council for any carpentry, flooring or electrical work performed in or on the premises located at Lot 1951 of St. Louis Park Place in St. Louis, Missouri.

**False Statements.**  Any warrant, representation or statement made or furnished to Lender by Borrowers or on Borrowers' behalf under this Note or the related documents is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter.

**Insolvency.**  The dissolution or termination of Borrowers' existence as a going business, the insolvency of Borrowers, the appointment of a receiver for any part of Borrowers' property, any assignment for the benefit of creditors, any type of creditor workout, or the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrowers.

Exhibit 4
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**Creditor or Forfeiture Proceedings.** Commencement of foreclosure of forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrowers or by any governmental agency against any collateral securing the loan. This includes garnishment of any of Borrowers' accounts.

**Events Affecting Guarantor.** Any of the preceding events occurs with respect to any guarantor, endorser, surety, or accommodation party of any of the indebtedness or any guarantor, endorser, surety, or accommodation party dies or becomes incompetent, or revokes or disputes the validity of, or liability under, any guaranty of the indebtedness.

**Adverse change.** A material adverse change occurs in Borrowers' financial condition, or Lender believes the prospect of payment or performance of this Note is impaired.

**Insecurity.** Lender in good faith believes itself insecure.

**Lender's Rights Upon Default.** Lender may declare the entire unpaid principal balance on this Note and all accrued unpaid interest immediately due and then Borrowers will pay that amount.

**Lender's Rights:** Lender may at the option of said lender declare all unpaid indebtedness evidenced by this note due and payable within 120 days, and thereupon the borrower agrees to pay all costs of collection, including a reasonable attorney's fee. Failure at times to exercise such option shall not constitute a waiver of the right to exercise it later.

**Attorneys' Fees: Expenses.** Lender may hire or pay someone else to help collect the loan if Borrower does not pay. Borrower also will pay Lender that amount. This includes, subject to any limits under applicable law, Lender's attorneys' fees and Lender's legal expenses whether or not there is a lawsuit, including attorneys' fees and expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay of injunction) and appeals. If not prohibited by law, Borrowers also will pay any court costs, in addition to all other sums provided by law.

**Governing Law.** This Note will be governed by, construed and enforced in accordance with federal law and the laws of the State of Missouri.

**General Provisions.** Lender may delay or forgo enforcing any of its rights or remedies under this Note without losing them. Borrowers and any other person who signs, guarantees or endorses this Note, to the extent allowed by law, waive presentment, demand for payment, and notice of dishonor. Upon any change in the terms of this Note, and unless otherwise expressly stated in writing, no party who signs this Note, whether as maker, guarantor, accommodation maker or endorser, shall be released from liability. All such parties agree that Lender may renew or extend (repeatedly and for any length of time) this loan or release any party or guarantor or collateral; or impair, fail to realize upon or perfect Lender's security interest in the collateral; and take any other action deemed necessary by Lender without the consent of or notice to anyone. All such parties also agree that Lender may modify this loan without the consent of or notice to anyone other than the party with whom the modification is made. The obligations under this Note are joint and several.

**Oral agreements or commitments to loan money, extend credit or to forebear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (Borrowers and us (Lender) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**Prior to signing this note, borrowers read and understood all the provisions of this note, including the variable borrowers acknowledge receipt of a completed copy of this promissory note.**

Exhibit 4a

Exhibit 4
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**BORROWERS:**
**Net Zero, LLC**
**By:** *Dwight Arant*
**Title** *Member Manager*

**Dwight Arant**

**By:** *Dwight Arant*
**Phone:** 314 846 3206
**Email:** dwight@dwightarant.com

**Jon Bish**

**By:**
**Phone:** 636 262 7146
**Email:** JonLe bish@stl.rr.com

**LENDER:**
**St. Louis – Kansas City Carpenters Regional Council**

Albert L. Bond
Executive Secretary Treasurer

Exhibit 4
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

| American Land Title Association | ALTA Settlement Statement - Borrower/Buyer |
| --- | --- |
| | Adopted 05-01-2015 |

**File No./Escrow No.:** 25216SEC
**Print Date & Time:** 01/03/19 11:40 AM
**Officer/Escrow Officer:** Karen Taylor
**Settlement Location:**
Security Title Insurance Agency, LLC
7701 Forsyth Blvd.
Ste 200
Clayton, MO 63105

Security Title Insurance Agency, LLC
**ALTA Universal ID:** 1037328
26 Crossroads Plaza
O'Fallon, MO 63368

**SECURITY TITLE**
INSURANCE AGENCY, LLC

**Property Address:**
St Louis City County
1951 Montgomery
St. Louis, MO 63106
**Borrower:**
Net Zero, LLC
3350 Greenwood Blvd
St. Louis, MO 63143

**Seller:**
**Lender:** St. Louis-Kansas City Carpenters Regional Council

**Settlement Date:** 01/04/2019
**Disbursement Date:** 01/04/2019
**Additional dates per state requirements:**

| Description | Borrower/Buyer Debit | Credit |
| --- | --- | --- |
| **Financial** | | |
| Loan Amount | | $172,000.00 |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Closing Protection Letter to Old Republic CPLs | $25.00 | |
| Title - Date Down Endorsement Fee to Security Title Insurance Agency, LLC | $350.00 | |
| Title - E-Recording Charge to Security Title Insurance Agency, LLC | $4.00 | |
| Title - Lender's Title Insurance($172,000.00) to Security Title Insurance Agency, LLC | $120.56 | |
| Title - Settlement Charge to Security Title Insurance Agency, LLC | $195.00 | |
| Title - Title Service Charge to Security Title Insurance Agency, LLC | $300.00 | |
| Title - Wire Charge to Security Title Insurance Agency, LLC | $25.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee (Mortgage) to Security Title Insurance Agency, LLC | $93.00 | |
| | | |
| **Miscellaneous** | | |
| Construction Funds to St. Louis-Kansas City Carpenters Regional Council | $172,000.00 | |
| Disbursing Fee to Accurate Disbursing | $1,000.00 | |

Copyright 2015 American Land Title Association.
All rights reserved.

Page 1 of 3

File # 25216SEC
Printed on: 01/03/19 11:40 AM

Exhibit 4a

Exhibit 4
Case 25-40394

Electronically Filed - St. Louis County - December 15, 2020 - 09:09 PM

| | Borrower/Buyer | |
| | Debit | Credit |
|---|---|---|
| Subtotals | $174,112.66 | $172,000.00 |
| Due From Borrower | | $2,112.66 |
| Totals | $174,112.66 | $174,112.66 |

Copyright 2015 American Land Title Association.
All rights reserved.

File # 25216SEC
Printed on: 01/03/19 11:40 AM

Exhibit 4a

Exhibit 4
Case 25-40394

Electronically Filed - St Louis County - December 15, 2020 - 09:09 PM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Security Title Insurance Agency, LLC to cause the funds to be disbursed in accordance with this statement.

**Net Zero, LLC**

By: Dwight Arrant
Title: Manager

Karen Taylor

Date

Copyright 2015 American Land Title Association.
All rights reserved.

Page 3 of 3

File # 25216SEC
Printed on: 01/03/19 11:40 AM

Exhibit 4a

Case: 25-40394

# EXHIBIT 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DWIGHT DAVID ARANT              )     Case No. 25-40394
                                     )     Chapter 7
                                     )
            Debtor           )
                                     )

## AFFIDAVIT OF DWIGHT DAVID ARANT

COMES NOW Dwight David Arant, and after being duly sworn, deposes and states:

1.      My name is Dwight David Arant ("Arant" - and personal pronouns).

2.      I am an individual over the age of twenty (21).

3.      I have personal knowledge of the facts stated herein. I could competently testify to these facts in person. I, and Net Zero, LLC ("NZ"), are the defendants in the below-captioned lawsuit.

4.      The lawsuit, Case No. 20SL-CC06055 ("Case"), was originally filed December 15, 2020 by the St. Louis - Kansas City Carpenters Regional Council ("STLCRC"), in Missouri Circuit Court of St. Louis County (the "Court").

5.      Four promissory notes ("Notes") were executed by lender STLCRC to borrowers NZ and Arant (the "Parties"), with total principal amount of $1,132,000.00. One note was executed on October 25, 2018 and three notes on January 4, 2019.

6.      STLCRC was reportedly dissolved on September 27, 2021, and its remnants were assigned to the Chicago Carpenters Regional Council.

1

7.     On November 17, 2021, the Chicago Regional Council was reportedly renamed Mid-America Carpenters Regional Council ("MACRC"), headquartered in Chicago, Illinois.

8.     I have never, directly or indirectly, received any sums of money from STLCRC or MACRC.

9.     The Notes were never modified by agreement of the Parties.

10.     MACRC was affirmed by the Court to be substitute plaintiff in the Case (by a docket entry) on December 1, 2021.

11.     A promissory note in the principal amount of $630,000.00 was executed on or about October 25, 2018 ("2018 Note").

12.     A promissory note was executed in the principal amount of $160,000.00 on or about January 4, 2019 ("Lot 1945 Note").

13.     A promissory note was executed in the principal amount of $170,000.00 on or about January 4, 2019 ("Lot 1949 Note").

14.     A promissory note was executed in the principal amount of $172,000.00 on or about January 4, 2019 ("Lot 1951 Note").

15.     The three promissory notes for Lots 1945, 1949 and 1951 are construction loans with a total principal amount of $502,000.00.

16.     STLCRC received $204,053.88 as a result of exercising its rights under a security agreement. STLCRC received surplus funds under the Lot 1945 Note of $44,053.88.

17.     STLCRC received $205,219.33 as a result of exercising its rights under a security agreement. STLCRC received surplus funds under the Lot 1949 Note of $35,219.33.

18.     STLCRC received $206,185.89 as a result of exercising its rights under a security agreement. STLCRC received surplus funds under the Lot 1949 Note of $34,185.89.

19.     NZ's loan payments reduced the principal sum of the 2018 Note from $630,000.00 to $609,748.04.

20.     STLCRC received $650,000 as a result of exercising its rights under a 2018 Note security agreement. STLCRC received surplus funds under the 2018 Note of $44,291.02.

21.     The total principal amount of the 2018 Note, Lot 1945 Note, Lot 1949 Note, and Lot 1951 Note (collectively, "Notes") was $1,132,000. The total amount of principal and interest legally owed in the four Default Notices is $1,111,748.04.

22.     STLCRC received at least $1,265,459.10 in connection with the Notes.

23.     STLCRC received at least $153,711.06 in excess of the principal amounts of the Notes. Any surplus funds should be returned.

24.     The Case petition makes no sense, and I can testify under oath about 25 material misrepresentations of the facts, not legal determinations, in the petition.

25.     There is no deficiency under any of the Notes.

26.     MACRC is not a party to the four Notes.

27.     MACRC did not exist when the Notes were executed or the Case was entered.

28.    The four Notes have never been modified or amended by agreement of the Parties.

29.    MACRC does not have any damages.

Further, affiant sayeth not.

_Dwight David Arant_ (signature)
Dwight David Arant

STATE OF MISSOURI          )
                           ) SS
COUNTY OF SAINT LOUIS      )

DWIGHT DAVID ARANT, being duly sworn upon his oath, states that he has read the foregoing and the information given is true according to his best knowledge, information and belief.

Subscribed and sworn to before me on this ___15th___ day of __April__, 2025.

_Brittany Bub_ (signature)
Notary Public, State of Missouri

My Commission Expires: 12-22-25

BRITTANY BUB
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES DECEMBER 22, 2025
ST. LOUIS COUNTY
COMMISSION #13814112

4